# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144874

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID G. WOODS,
　　　　　Plaintiff-Appellant,

v

EATON CORPORATION and OLD
REPUBLIC INSURANCE COMPANY,
　　　　　Defendants-Appellees.

SC: 144874
COA: 305332
WCAC: 08-000232

_____/

　　　　On order of the Court, the application for leave to appeal the February 22, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　HATHAWAY, J., would grant leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

t0618